Jay T. Jambeck (SBN # 226018)
*jjambeck@leighlawgroup.com*
Mandy G. Leigh (SBN # 225748)
*mleigh@leighlawgroup.com*
Damien B. Troutman (SBN # 286616)
*dtroutman@leighlawgroup.com*
LEIGH LAW GROUP, P.C.
870 Market St., Suite 1157
San Francisco, CA 94102
Office: (415) 399-9155
Fax: (415) 795-3733

Attorney for Plaintiff,
I.H.

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| I.H., <br><br> Plaintiff, <br><br> v. <br><br> GOLDEN PLAINS UNIFIED SCHOOL DISTRICT, and VINCE GONZALEZ, an individual, <br><br> Defendants. | **Case No.**: 2:20-cv-00292-KJM-CKD <br><br> **ORDER ON STIPULATION TO UTILIZE PLAINTIFF'S GIVEN NAME FOR PURPOSES OF THE LITIGATION** |

Plaintiff I.H. and Defendants GOLDEN PLAINS UNIFIED SCHOOL DISTRICT AND VINCE GONZALEZ filed a stipulation seeking an order from the Court approving the use of I.H.'s legal name, and ordering the clerk to change Plaintiff I.H.'s name to Ian Holguin for all purposes in this litigation.  For good cause shown, the stipulation is GRANTED and the clerk of court is ordered to change the Plaintiff's name from I.H. to Ian Holguin for all purposes in this action.

IT IS SO ORDERED.

DATED:  August 4, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE