UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Ian Holguin, | No. 2:20-cv-00292-KJM-CKD |
| Plaintiff, | ORDER |
| v. | |
| Golden Plains Unified School District, et al., | |
| Defendants. | |

The parties request a referral to the court's Voluntary Dispute Resolution Program (VDRP) and ask this court to stay all pending dates 60 days.  Stipulation, ECF No. 44.

The parties' Joint Request for Referral to the court's VDRP is **granted**.  Accordingly, this case is **referred** to the court's ADR Coordinator, Sujean Park, for referral to VDRP with the convening of a VDRP session to take place as promptly as possible, and with a principal with full settlement authority for each party appearing.

The court **vacates all other dates previously set in this matter, including the deadline to hear dispositive motions presently set for June 17, 2022**.  The court parties shall notify the court **within 7 days** of completing VDRP.  If the case does not settle, the dispositive motion deadline will be reset for 60 days after the completion of VDRP.

IT IS SO ORDERED.

DATED:  May 16, 2022.

CHIEF UNITED STATES DISTRICT JUDGE